UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JERRY K. for Holly K. (deceased),<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI Acting Commissioner of Social Security Administration,<br><br>Defendant. | No. 2:23-cv-00169-JPH-MG |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

The Court **ENTERS JUDGMENT** in favor of Plaintiff under Federal Rule of Civil Procedure 58. The Court **REVERSES** the Commissioner's decision and **REMANDS** this matter to the Agency for further proceedings under sentence four of 42 U.S.C. section 405(g).

Date: 9/19/2023

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Pam Pope_
Deputy Clerk, U.S. District Court

Distribution:

All electronically registered counsel